■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN MEDRANO, Appellant. [598 NYS2d 983] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered October 8, 1991.

Ordered that the judgment is affirmed *(see, People Kazepis,* 101 AD2d 816). Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY MITCHELL, Appellant. [598 NYS2d 983] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Hurley, J.), rendered December 17, 1991, convicting him of assault in the first degree, and assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.